2016-1303 (La. 11/2/16)

**Phyllis Marie MATTHEWS**

v.

**UNITED FIRE & CASUALTY INSURANCE COMPANY, Doctor Pipe, Inc. and Danny Anthony Robert**

**No. 2016–CC–1303**

Supreme Court of Louisiana.

November 2, 2016

Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Civil District

Court Div. E, No. 2014–6251; to the Court of Appeal, Fourth Circuit, No. 2016–C–0389

|₁Granted and remanded to the Court of Appeal for briefing, argument and opinion.